# In The United States Court of Federal Claims

No. 10-434C

(Filed: January 10, 2012)

_____

CRAIG J. URBAN,

                Plaintiff,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, a preliminary status conference was held in this case.  Participating in the conference were David Ellin, on behalf of plaintiff, and Joseph Alan Pixley, on behalf of defendant.  As agreed upon by the parties at this conference, the court hereby orders the following:

    1.    On or before February 10, 2012, the parties shall exchange initial disclosures;

    2.    On or before April 20, 2012, fact discovery shall be completed; and

    3.    On or before May 7, 2012, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge