# In The United States Court of Federal Claims

No. 10-434C

(Filed: June 7, 2012)

_____

CRAIG J. URBAN,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 4, the parties filed a joint motion for a thirty-day extension of time within which to complete fact discovery. The motion is hereby **GRANTED**. Accordingly:

1. On or before July 9, 2012, fact discovery shall be completed; and

2. On or before July 16, 2012, the parties shall file a joint status report indicating how this case should proceed with, if appropriate, a proposed scheduled for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge