# In The United States Court of Federal Claims

No. 10-434C

(Filed: August 1, 2012)

_____

CRAIG J. URBAN,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 26, 2012, the parties filed a joint status report with a proposed briefing schedule for defendant's motion for summary judgment. Accordingly, the court hereby orders the following:

1. On or before September 14, 2012, defendant shall file its motion for summary judgment;

2. On or before October 17, 2012, plaintiff shall file his response to defendant's motion; and

2. On or before October 31, 2012, defendant shall file its reply in support of its motion.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge