# In The United States Court of Federal Claims

No. 10-434C

(Filed: October 22, 2012)

_____

CRAIG J. URBAN,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, defendant filed an unopposed motion for a 7-day enlargement of time in which to file its reply in support of its motion to dismiss, and in the alternative, for summary judgment. The motion is hereby **GRANTED**. On or before November 7, 2012, defendant shall file its reply in support of its motion to dismiss, and in the alternative, for summary judgment.

      **IT IS SO ORDERED.**

                                                             s/ Francis M. Allegra
                                                             Francis M. Allegra
                                                              Judge