# In The United States Court of Federal Claims

No. 10-434C

(Filed: April 4, 2013)

_____

CRAIG J. URBAN,

                              Plaintiff,

                     v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

      The oral argument on defendant's motion to dismiss that was originally scheduled for 10:00 a.m. (EDT) has been changed to 11:00 a.m. (EDT) on Friday, April 12, 2013, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge