# In The United States Court of Federal Claims

No. 10-434C

(Filed: April 5, 2013)

_____

CRAIG J. URBAN,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

The oral argument that was scheduled for April 12, 2013, on defendant's pending motion is hereby **CANCELLED**. Instead:

1. Consideration of defendant's pending motion is hereby **STAYED** until a decision is rendered in *Roberts v. United States*, Nos. 2012-5113, 2012-5114 (Fed. Cir.); and

2. Defendant shall file a notification of a decision in that case within two weeks of the decision.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge